Florence F. Gilliam, appellant, v. Richard W. Gilliam, appellee. Gen. No. 33,395.

Opinion filed July 3, 1929.

Schuyler, Weinfeld & Parker, for appellant; Carl J. Appell and Howard D. Moses, of counsel. Samuel J. Andalman and Robert F. Bradburn, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.